**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **RAPID COMPLETIONS LLC,** | § § § § | |
| Plaintiff, | | |
| v. | § § | Civil Action No. 6:15-cv-724 |
| **BAKER HUGHES INCORPORATED, BAKER HUGHES OILFIELD OPERATIONS, INC., WEATHERFORD INTERNATIONAL PLC, WEATHERFORD INTERNATIONAL, LLC, WEATHERFORD/LAMB, INC., PEAK COMPLETION TECHNOLOGIES, INC., PEGASI ENERGY RESOURCES CORPORATION, PEGASI OPERATING, INC., AND TR RODESSA, INC.** | § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | | |

**PLAINTIFF RAPID COMPLETIONS LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Plaintiff Rapid Completions LLC makes this corporate disclosure statement.

1. Rapid Completions LLC is a wholly owned subsidiary of Acacia Research Group LLC, which itself is a wholly owned subsidiary of Acacia Research Corporation, a publicly traded company.

Dated: July 31, 2015

Respectfully submitted,

CALDWELL CASSADY & CURRY

_____
Bradley W. Caldwell

        Texas State Bar No. 24040630
        Email: bcaldwell@caldwellcc.com
        Jason D. Cassady
        Texas State Bar No. 24045625
        Email: jcassady@caldwellcc.com
        John Austin Curry
        Texas State Bar No. 24059636
        Email: acurry@caldwellcc.com
        Justin Nemunaitis
        Texas State Bar No. 24065815
        Email: jnemunaitis@caldwellcc.com
        **CALDWELL CASSADY CURRY P.C.**
        2101 Cedar Springs Road, Suite 1000
        Dallas, Texas 75201
        Telephone: (214) 888-4848
        Facsimile: (214) 888-4849

        **ATTORNEYS FOR PLAINTIFF RAPID COMPLETIONS LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on this 31st day of July, 2015.  Local Rule CV-5(a)(3)(A).

        */s/ Bradley W. Caldwell*
        Bradley W. Caldwell