AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Texas Tyler Division__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:15-cv-724 | DATE FILED<br>7/31/2015 | U.S. DISTRICT COURT<br>Eastern District of Texas Tyler Division |
|---|---|---|
| PLAINTIFF<br><br>Rapid Completions LLC | | DEFENDANT<br>Baker Hughes Incorporated, Baker Hughes Oilfield Operations, Inc. Weatherford International PLC, Weatherford International LLC, Weatherford/ Lamb, Inc., Peak Completion Technologies, Inc., Pegasi Energy Resources Corporation, Pegasi Operating, Inc. and TR Rodessa, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,907,936 | 6/21/2005 | Rapid Completions LLC |
| 2 | 7,134,505 | 11/14/2006 | Rapid Completions LLC |
| 3 | 7,543,634 | 6/9/2009 | Rapid Completions LLC |
| 4 | 7,861,774 | 1/4/2011 | Rapid Completions LCC |
| 5 | 8,657,009 | 2/25/2014 | Rapid Completions LCC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**